JS-6(Admin)
STAYED

Scott Goldsmith (SBN 259499)
goldsmith.scott@dorsey.com
Siena Caruso (SBN 305913)
caruso.siena@dorsey.com
DORSEY & WHITNEY LLP
600 Anton Boulevard, Suite 2000
Costa Mesa, CA 92626-7655
Telephone:  (714) 800-1400
Facsimile:   (714) 800-1499

Attorneys for Defendant
Alaska USA Federal Credit Union

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW A. LOPEZ,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ALASKA USA FEDERAL CREDIT UNION,<br><br>　　　　Defendant. | CASE NO. 5:19-CV-00998-JGB-SPx<br><br>**ORDER GRANTING JOINT MOTION AND STIPULATION TO STAY PENDING ARBITRATION**<br><br>NOTE CHANGES MADE BY COURT |

THIS CAUSE came before the Court, without hearing, on the *Joint Motion and Stipulation to Stay Pending Arbitration* (the "Motion") (Doc. 11). By submission of this order for entry, the submitting counsel represents that the opposing party consents to its entry and the Court being fully advised in the premises hereby: ORDERS, ADJUDGES, AND DECREES that:

　　　1.　　The Motion is GRANTED on the terms set forth herein.

　　　2.　　This proceeding is hereby STAYED.

　　　3.　　This proceeding is hereby REFERRED to arbitration pursuant to the Federal Arbitration Act, 9 U.S.C. § 1, *et seq.*, and the terms of the Arbitration Agreement.

4. Defendant, Alaska USA, in accordance with the arbitration fees and costs that it is required to pay under the terms of the Arbitration Agreement, shall pay the American Arbitration Association (AAA) filing fee of $200.00.

5. Plaintiff shall initiate the arbitration demand to AAA within 90 days of the date of this Order.

6. Defendant shall issue to AAA the initial filing fee within 10 days of the date of service of Plaintiff's initial arbitration demand.

The parties are further ORDERED to submit to the Court a joint status report every 60 days from the date of this Order.

Dated:  June 19, 2019

HON. JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE