Taxiarchis Hatzidimitriadis (admitted *pro hac vice*)
thatz@sulaimanlaw.com
SULAIMAN LAW GROUP, LTD.
2500 S. Highland Avenue, Suite 200
Lombard, Illinois 60148
Telephone: (630) 581-5858
Facsimile: (630) 575-8188
*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW A. LOPEZ,<br><br>Plaintiff,<br><br>v.<br><br>ALASKA USA FEDERAL CREDIT UNION,<br><br>Defendant. | CASE NO. 5:19-CV-00998-JGB-SPx<br><br>**JOINT STATUS REPORT** |

### **JOINT STATUS REPORT ON ARBITRATION**

Pursuant to this Honorable Court's Order entered on June 19, 2019, MATTHEW A. LOPEZ ("Plaintiff") and ALASKA USA FEDERAL CREDIT UNION ("Defendant") by and through their respective counsel, Sulaiman Law Group, Ltd. and Dorsey & Whitney LLP, jointly submit the following status report on arbitration:

1. On June 19, 2019, this Honorable Court granted the parties' joint motion and stipulation to stay the federal matter pending arbitration.

2. On June 21, 2019, Plaintiff initiated the arbitration demand to the American Arbitration Association (AAA).

3. On July 31, 2019, Defendant filed its answer to Plaintiff's arbitration demand.

4. On August 6, 2019, the AAA informed the parties that an arbitrator has been appointed to administer the arbitration demand.

5. To date, the AAA has not set a preliminary management hearing.

6. As an aside, on June 18, 2019, Plaintiff filed a Chapter 7 bankruptcy in the bankruptcy court for the Central District of California, Case No. 6:19-bk-15283-SY ("Plaintiff's bankruptcy). Plaintiff's bankruptcy lists the pending arbitration demand in Schedules A/B and C of his petition.

Dated: August 15, 2019                                    Respectfully submitted,

/s/ Taxiarchis Hatzidimitriadis (*pro hac vice*)          /s/ Scott Goldsmith
Taxiarchis Hatzidimitriadis, #6319225                     Scott Goldsmith, SBN 259499
Sulaiman Law Group, Ltd.                                  Dorsey & Whitney LLP
2500 S Highland Ave, Suite 200                            600 Anton Blvd., Suite 2000
Lombard, Illinois 60148                                   Costa Mesa, California 92626
(630) 581-5858                                            (714) 800-1400
thatz@sulaimanlaw.com                                     goldsmith.scott@dorsey.com
*Attorney for Plaintiff*                                  *Attorney for Defendant*

# CERTIFICATE OF SERVICE

I hereby certify that on August 15, 2019, I electronically filed the foregoing using the Court's Case Management/Electronic Case File (CM/ECF) system which will effectuate service on all counsel of record.

/s/ Taxiarchis Hatzidimitriadis
Taxiarchis Hatzidimitriadis